| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Marrero, Victor | 2. Court or Organization U.S. District Court, S.D.N.Y. | 3. Date of Report 5/14/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Senior | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |
| 7. Chambers or Office Address U.S. District Court, SDNY 500 Pearl Street New York, New York 10007 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | New York Public Library |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 5/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | municipal government official |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 5/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. DREYFUS (see line 2) | | | | | | | | | |
| 2. NY Tax Exempt Fund | D | Dividend | L | T | Sold (part) | 12/01/12 | K | A | |
| 3. | | | | | | | | | |
| 4. NY STATE TUITION SAVINGS PLAN See Part VIII, no control | A | Dividend | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. JPMORGAN CHASE MONEY MARKET | A | Interest | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. NYC DEFERRED COMP. IRA | A | Dividend | L | T | | | | | |
| 9. | | | | | | | | | |
| 10. CHASE TRADITIONAL IRA (See lines 11 through 15) | | | | | | | | | |
| 11. JPMorgan High Yield Bd Fund | A | Dividend | | | Sold | 02/17/12 | K | B | |
| 12. JPMorgan Core Plus Bond Class A | A | Dividend | | | Sold | 02/17/12 | J | A | |
| 13. JPMorgan Emerg. Mkts Debt Cl A | A | Dividend | | | Sold | 02/17/12 | K | B | |
| 14. MFS Emerg. Mkts Debt Cl A | A | Dividend | | | Sold | 02/17/12 | K | B | |
| 15. Principal Global Diversified Inc. A | A | Dividend | | | Sold | 02/17/12 | L | B | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 5/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FIDELITY ROLLOVER IRA: (See lines 19 through 133) | | | | | | | | | |
| 19. Strategic Advs. Value Fund | B | Dividend | K | T | Sold (part) | 02/09/12 | J | A | |
| 20. | | | | | Buy | 02/13/12 | J | | |
| 21. | | | | | Buy | 02/22/12 | J | | |
| 22. | | | | | Sold (part) | 08/31/12 | J | A | |
| 23. Strategic Advs. Small Mid-Cap Fd | A | Dividend | K | T | Buy | 02/13/12 | J | | |
| 24. | | | | | Buy | 02/22/12 | J | | |
| 25. | | | | | Sold (part) | 11/28/12 | J | A | |
| 26. Strategic Advs. International Fund | B | Dividend | L | T | Sold (part) | 02/09/12 | J | A | |
| 27. | | | | | Buy | 02/13/12 | J | | |
| 28. | | | | | Buy | 02/22/12 | J | | |
| 29. | | | | | Sold (part) | 03/08/12 | J | A | |
| 30. | | | | | Sold (part) | 08/03/12 | J | A | |
| 31. | | | | | Sold (part) | 08/31/12 | J | A | |
| 32. Strategic Advs. US Oppty Fund | B | Dividend | K | T | Buy | 02/13/12 | J | | |
| 33. | | | | | Buy | 02/22/12 | J | | |
| 34. Strategic Advs. Core Fund | B | Dividend | L | T | Sold (part) | 01/13/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 5/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 02/09/12 | J | A | |
| 36. | | | | | Buy | 02/13/12 | J | | |
| 37. | | | | | Buy | 02/22/12 | J | | |
| 38. | | | | | Sold (part) | 08/31/12 | J | A | |
| 39. Strategic Advs. Growth Fund | A | Dividend | K | T | Sold (part) | 02/09/12 | J | | |
| 40. | | | | | Buy | 02/13/12 | J | | |
| 41. | | | | | Buy | 02/22/12 | J | | |
| 42. | | | | | Sold (part) | 03/08/12 | J | A | |
| 43. | | | | | Sold (part) | 11/28/12 | J | A | |
| 44. Fidelity Real Estate Inc. | B | Dividend | K | T | Buy | 02/13/12 | J | | |
| 45. | | | | | Buy | 02/22/12 | J | | |
| 46. Strategic Advs. Emerging Markets | A | Dividend | J | T | Sold (part) | 01/13/12 | J | A | |
| 47. | | | | | Buy | 02/13/12 | J | | |
| 48. | | | | | Buy | 02/22/12 | J | | |
| 49. Fidelity Select Gold | | None | J | T | Buy | 02/13/12 | J | | |
| 50. | | | | | Buy | 02/22/12 | J | | |
| 51. AQR Diversified Arbitrage Class I | | None | K | T | Sold (part) | 02/09/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 5/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 02/13/12 | J | | |
| 53. | | | | | Buy | 02/22/12 | J | | |
| 54. Arden Alternative Strategies Class I | | None | J | T | Buy | 11/28/12 | J | | |
| 55. Fidelity Investment Grade* See Part VIII | | | | | Sold | 03/13/11 | K | A | |
| 56. Fidelity Short Term Bond* See Part VIII | | | | | Sold | 10/13/11 | K | A | |
| 57. Fidelity GNMA Fund | B | Dividend | K | T | Sold (part) | 02/09/12 | J | A | |
| 58. | | | | | Buy | 02/13/12 | J | | |
| 59. | | | | | Buy | 02/22/12 | J | | |
| 60. Fidelity Total Bond | D | Dividend | M | T | Sold (part) | 02/09/12 | J | A | |
| 61. | | | | | Buy | 02/13/12 | K | | |
| 62. | | | | | Buy | 02/22/12 | K | | |
| 63. | | | | | Sold (part) | 05/25/12 | J | A | |
| 64. | | | | | Sold (part) | 08/31/12 | J | A | |
| 65. Strategic Advs. Core Income Fund | E | Dividend | N | T | Sold (part) | 02/09/12 | J | A | |
| 66. | | | | | Buy | 02/13/12 | K | | |
| 67. | | | | | Buy | 02/22/12 | K | | |
| 68. | | | | | Buy | 03/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 5/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/03/12 | J | A | |
| 70. | | | | | Buy | 08/31/12 | J | | |
| 71. | | | | | Buy | 11/15/12 | J | | |
| 72. Strategic Advs. Income Opportunities | C | Dividend | L | T | Sold (part) | 01/13/12 | J | A | |
| 73. | | | | | Sold (part) | 02/09/12 | J | A | |
| 74. | | | | | Buy | 02/13/12 | J | | |
| 75. | | | | | Buy | 02/22/12 | J | | |
| 76. | | | | | Sold (part) | 03/08/12 | K | B | |
| 77. | | | | | Sold (part) | 11/15/12 | J | A | |
| 78. FIMM MMKT Port Inst. Cl | A | Dividend | L | T | Sold (part) | 01/13/12 | K | B | |
| 79. | | | | | Buy | 02/13/12 | J | | |
| 80. | | | | | Buy | 02/22/12 | J | | |
| 81. | | | | | Sold (part) | 02/28/12 | J | A | |
| 82. | | | | | Buy | 03/08/12 | J | | |
| 83. | | | | | Buy | 05/25/12 | J | | |
| 84. | | | | | Sold (part) | 06/05/12 | J | A | |
| 85. | | | | | Buy | 08/03/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 5/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 08/21/12 | J | A | |
| 87. | | | | | Buy | 08/31/12 | J | | |
| 88. | | | | | Buy | 11/15/12 | J | | |
| 89. | | | | | Sold (part) | 12/04/12 | J | A | |
| 90. Strategic Advsd. Short Duration Fund | B | Dividend | M | T | Buy | 01/13/12 | L | | |
| 91. | | | | | Buy | 01/17/12 | J | | |
| 92. | | | | | Sold (part) | 02/09/12 | J | A | |
| 93. | | | | | Buy | 02/13/12 | J | | |
| 94. | | | | | Buy | 02/22/12 | J | | |
| 95. | | | | | Buy | 03/08/12 | K | | |
| 96. | | | | | Buy | 05/25/12 | J | | |
| 97. | | | | | Buy | 08/03/12 | K | | |
| 98. | | | | | Buy | 08/31/12 | J | | |
| 99. | | | | | Buy | 11/15/12 | K | | |
| 100. | | | | | Buy | 11/16/12 | J | | |
| 101. Credit Suisse Comm. Rtn. Strtgy | | None | | | Sold | 01/13/12 | J | A | |
| 102. Metropolitan West Low Duration M | B | Dividend | K | T | Sold (part) | 01/13/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Marrero, Victor | 5/14/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 02/09/12 | J | A | |
| 104. | | | | | Buy | 02/13/12 | J | | |
| 105. | | | | | Buy | 02/22/12 | J | | |
| 106. | | | | | Sold (part) | 03/08/12 | J | A | |
| 107. | | | | | Sold (part) | 05/25/12 | J | A | |
| 108. | | | | | Sold (part) | 08/03/12 | J | A | |
| 109. | | | | | Sold (part) | 08/31/12 | J | A | |
| 110. | | | | | Sold (part) | 11/15/12 | J | A | |
| 111. Pimco Total Return Administrative Shs | D | Dividend | M | T | Sold (part) | 02/09/12 | J | A | |
| 112. | | | | | Buy | 02/13/12 | J | | |
| 113. | | | | | Buy | 02/22/12 | J | | |
| 114. | | | | | Sold (part) | 05/25/12 | J | A | |
| 115. | | | | | Sold (part) | 08/31/12 | J | A | |
| 116. | | | | | Sold (part) | 11/15/12 | J | A | |
| 117. Pimco Short Term Administrative Shs | A | Dividend | M | T | Sold (part) | 01/13/12 | J | A | |
| 118. | | | | | Sold (part) | 02/09/12 | J | A | |
| 119. | | | | | Buy | 02/13/12 | J | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 5/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 02/22/12 | J | | |
| 121. | | | | | Sold (part) | 08/03/12 | J | A | |
| 122. | | | | | Sold (part) | 11/15/12 | J | A | |
| 123. | | | | | Sold (part) | 11/28/12 | J | A | |
| 124. T Rowe Price Bd Fund Adv Cl | B | Dividend | | | Sold (part) | 01/13/12 | J | A | |
| 125. | | | | | Buy | 02/13/12 | J | | |
| 126. | | | | | Buy | 02/22/12 | J | | |
| 127. | | | | | Sold (part) | 08/03/12 | J | A | |
| 128. | | | | | Sold (part) | 08/31/12 | J | A | |
| 129. | | | | | Sold | 11/15/12 | K | B | |
| 130. Templeton Global Bond Class A | B | Dividend | K | T | Buy | 02/13/12 | J | | |
| 131. | | | | | Buy | 02/22/12 | J | | |
| 132. | | | | | Sold (part) | 03/08/12 | J | A | |
| 133. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 5/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.     FIDELITY ROLLOVER IRA: (See lines 138 through 172) | | | | | | | | | |
| 138.  Strategic Advs. Value Fund | A | Dividend | J | T | Buy | 10/09/12 | J | | |
| 139.  Strategic Advs. Small-Mid Cap Fd | A | Dividend | J | T | | | | | |
| 140.  Strategic Advs. International Fund | A | Dividend | J | T | Buy | 10/09/12 | J | | |
| 141.  Strategic Advs US Oppty Fund | A | Dividend | J | T | | | | | |
| 142.  Strategic Advs. Core Fund | A | Dividend | J | T | Buy | 10/09/12 | J | | |
| 143.  Strategic Advs. Growth Fund | A | Dividend | J | T | Buy | 10/09/12 | J | | |
| 144.  Strategic Advs. Emerging Markets | A | Dividend | J | T | | | | | |
| 145.  Fidelity Real Estate Inc. | A | Dividend | J | T | | | | | |
| 146.  Fidelity Select Gold | A | Dividend | J | T | | | | | |
| 147.  AQR Diversified Arbitrage Class I | A | Dividend | J | T | | | | | |
| 148.  Arden Alternative Stragegies Class I | A | Dividend | J | T | Buy | 11/28/12 | J | | |
| 149.  Credit Suisse Commd. Rtrn. Strtgy. Sh | | None | | | Sold | 01/13/12 | J | A | |
| 150.  Fidelity GNMA Fund | A | Dividend | J | T | | | | | |
| 151.  Fidelity Total Bond | A | Dividend | | | Sold | 10/09/12 | J | A | |
| 152.  Strategic Advs. Core Income Fund | A | Dividend | L | T | Buy | 10/09/12 | K | | |
| 153. | | | | | Buy | 10/10/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 5/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 11/15/12 | J | A | |
| 155. Strategic Advs. Income Opportunities Fund | A | Dividend | J | T | | | | | |
| 156. Strategic Advs. Short Duration Fund | A | Dividend | J | T | Buy | 01/13/12 | J | | |
| 157. | | | | | Buy | 03/08/12 | J | | |
| 158. | | | | | Buy | 08/03/12 | J | | |
| 159. | | | | | Sold (part) | 10/09/12 | J | A | |
| 160. | | | | | Buy | 11/15/12 | J | | |
| 161. Metropolitan West Low Duration M | A | Dividend | J | T | | | | | |
| 162. Pimco Total Return Adm Shs | A | Dividend | | | Sold | 10/09/12 | J | A | |
| 163. Pimco Short Term Administrative Shs | A | Dividend | J | T | Sold (part) | 01/13/12 | J | A | |
| 164. | | | | | Sold (part) | 08/03/12 | J | A | |
| 165. | | | | | Sold (part) | 10/09/12 | J | A | |
| 166. | | | | | Sold (part) | 11/15/12 | J | A | |
| 167. T Rowe Price Short Term Bd Fund | A | Dividend | | | Sold | 10/09/12 | J | A | |
| 168. Templeton Global Bond Class A | A | Dividend | J | T | | | | | |
| 169. FIMM MMKT Port Inst CL | A | Dividend | J | T | Sold (part) | 01/13/12 | J | A | |
| 170. | | | | | Buy | 03/08/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 5/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy | 05/25/12 | J | | |
| 172. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 173. | | | | | | | | | |
| 174.   FIDELITY SEP IRA: (See lines 175 through 233) | | | | | | | | | |
| 175. Strategic Advs. Value Fund | A | Dividend | K | T | Sold (part) | 03/08/12 | J | A | |
| 176. | | | | | Buy | 10/09/12 | J | | |
| 177. Strategic Advs. Small-Mid Cap Fund | A | Dividend | J | T | Buy | 10/09/12 | J | | |
| 178. Strategic Advs. International Fund | A | Dividend | K | T | Sold (part) | 03/08/12 | J | A | |
| 179. | | | | | Sold (part) | 08/03/12 | J | A | |
| 180. | | | | | Sold (part) | 08/31/12 | J | A | |
| 181. | | | | | Buy | 10/09/12 | J | | |
| 182. Strategic Advs. US Oppty Fund | A | Dividend | J | T | Buy | 10/09/12 | J | | |
| 183. Strategic Advs. Core Fund | A | Dividend | K | T | Buy | 10/09/12 | J | | |
| 184. Strategic Advs. Growth Fund | A | Dividend | J | T | Buy | 10/09/12 | J | | |
| 185. | | | | | Sold (part) | 11/28/12 | J | A | |
| 186. Strategic Advs. Emerging Markets | A | Dividend | J | T | | | | | |
| 187. Fidelity Real Estate Income | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 5/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Fidelity Select Gold | A | Dividend | J | T | | | | | |
| 189. AQR Diversified Arbitrage Class I | A | Dividend | J | T | | | | | |
| 190. Credit Suisse Commd Return Strtgy Shs | | None | | | Sold | 01/13/12 | J | A | |
| 191. Arden Alternative Strategies Class I | | None | | | Buy | 11/28/12 | J | | |
| 192. Fidelity GNMA Fund | A | Dividend | J | T | | | | | |
| 193. Strategic Advs. Short Duration Fund | A | Dividend | K | T | Buy | 01/13/12 | K | | |
| 194. | | | | | Buy | 05/25/12 | J | | |
| 195. | | | | | Buy | 08/03/12 | J | | |
| 196. | | | | | Buy | 08/31/12 | J | | |
| 197. | | | | | Sold (part) | 10/09/12 | J | A | |
| 198. | | | | | Buy | 11/15/12 | J | | |
| 199. | | | | | Buy | 11/16/12 | J | | |
| 200. | | | | | Sold (part) | 11/28/12 | J | A | |
| 201. Fidelity Total Bond | C | Dividend | | | Sold (part) | 08/31/12 | J | A | |
| 202. | | | | | Sold | 10/09/12 | K | A | |
| 203. Strategic Advs. Core Income Fund | B | Dividend | M | T | Buy | 08/03/12 | J | | |
| 204. | | | | | Buy | 08/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy | 10/09/12 | K | | |
| 206. | | | | | Buy | 10/10/12 | J | | |
| 207. | | | | | Sold (part) | 11/15/12 | J | A | |
| 208. | | | | | Buy | 11/28/12 | J | | |
| 209. Strategic Advs. Income Opportunities | A | Dividend | K | T | Sold (part) | 03/08/12 | J | A | |
| 210. | | | | | Sold (part) | 11/15/12 | J | A | |
| 211. FIMM MMKT Port Inst. Cl | A | Dividend | J | T | Sold (part) | 01/13/12 | J | A | |
| 212. | | | | | Buy | 03/08/12 | J | | |
| 213. | | | | | Buy | 05/25/12 | J | | |
| 214. | | | | | Buy | 08/31/12 | J | | |
| 215. | | | | | Sold (part) | 10/09/12 | J | A | |
| 216. | | | | | Buy | 11/15/12 | J | | |
| 217. Fidelity Money Market | | None | J | | | | | | |
| 218. Metropolitan West Low Duration M | A | Dividend | J | T | Sold (part) | 01/13/12 | J | A | |
| 219. | | | | | Sold (part) | 03/08/12 | J | A | |
| 220. | | | | | Sold (part) | 05/25/12 | J | A | |
| 221. | | | | | Sold (part) | 08/03/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 5/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Sold (part) | 11/15/12 | J | A | |
| 223. Pimco Total Retrn Administrative Shs | B | Dividend | K | T | Sold (part) | 05/25/12 | J | A | |
| 224. | | | | | Sold | 10/09/12 | K | B | |
| 225. Pimco Short Term Administrative Shs | A | Dividend | K | T | Sold (part) | 01/13/12 | J | A | |
| 226. | | | | | Sold (part) | 08/03/12 | J | A | |
| 227. | | | | | Sold (part) | 10/09/12 | J | A | |
| 228. | | | | | Sold (part) | 11/15/12 | J | A | |
| 229. | | | | | Sold (part) | 11/28/12 | J | A | |
| 230. T Rowe Price Short Term Bd Fund Adv Cl | A | Dividend | J | T | Sold (part) | 01/13/12 | J | | |
| 231. | | | | | Sold (part) | 08/03/12 | J | A | |
| 232. | | | | | Sold | 11/15/12 | J | A | |
| 233. Templeton Global Bond Class A | A | Dividend | J | T | Sold (part) | 03/08/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 5/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The NY State Tuition Savings Plan investment recorded on Part VII, Page 4, Line 4 is divided into two program accounts named Moderate Growth Fund and Conservative Growth Fund, 50% in each, with no control by the investor over the securities in the portfolio.

2. In Part VII, Page 7, Lines 55 and 56 there are listings of two items, Fidelity Investment Grade and Fidelity Short Term Bond, indicating that these investments were sold on March 13, 2011 and October 13, 2011, respectively. These items were listed in my 2011 Financial Disclosure Report, but erroneously recorded as sold on those dates in part, rather than in whole.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Victor Marrero**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544